B1 (Official Form 1) (04/13)

# United States Bankruptcy Court
## District of New Jersey

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **LaConti Concrete & Masonry, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): **22-3485662** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **253 Mantoloking Rd, Brick, NJ** ZIPCODE **08723-5866** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): ZIPCODE |
| County of Residence or of the Principal Place of Business: **Ocean** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address) ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **253 Mantoloking Rd, Brick, NJ** ZIPCODE **08723-5866** | |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Chapter 15 Debtor**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

### Filing Fee (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| [ ] 1-49 | [✓] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**LaConti Concrete & Masonry, Inc.**

| All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **LaConti Concrete & Masonry, Inc.** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Peter J. Broege, Esq.*<br>Signature of Attorney for Debtor(s)<br><br>**Peter J. Broege, Esq. PB 9313**<br>**Broege Neumann**<br>**Fischer & Shaver**<br>**25 Abe Voorhees Dr**<br>**Manasquan, NJ  08736**<br>**(732) 223-8484  Fax: (732) 223-2416**<br>**pbroege@bnfsbankruptcy.com**<br><br>**July  8, 2015**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)** | X _____<br>Signature |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ James LaConti*<br>Signature of Authorized Individual<br><br>**James LaConti**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**July  8, 2015**<br>Date | _____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# **CORPORATE RESOLUTION**

I, James LaConti, President of LaConti Concrete & Masonry, Inc., a corporation of the State of New Jersey, hereby certify that a special meeting of the Board of Directors of said corporation was held in accordance with the By-Laws of said corporation on July 8, 2015, at which all of the directors of the said Board of Directors were present and acting throughout and the following Resolution was duly and regularly adopted:

> **RESOLVED**, that James LaConti, the President of this Corporation, be and he is hereby authorized and directed on behalf of and in the name of this Corporation to execute and verify a Petition for Reorganization under Chapter 11 of the Bankruptcy Code and to cause same to be filed in the United States Bankruptcy Court for the District of New Jersey, to file any Plan or Plans of Reorganization for the Debtor necessary to effectuate a Plan of Reorganization, and the retention of BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C. as attorneys for the Debtor in these proceedings is hereby ratified

IN WITNESS WHEREOF, I have hereunder set my hand and affixed the seal of the Corporation this 8th day of July, 2015.

/s/ James LaConti

The above is a true copy of the Minutes of a special meeting held by the Board of Directors of the above named Corporation the day and year stated above.

/s/ James LaConti

**United States Bankruptcy Court**
**District of New Jersey**

**IN RE:**                                                                                           Case No. _____

**LaConti Concrete & Masonry, Inc.** _____   Chapter **11** _____
                                         Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **July 8, 2015** _____   Signature: _*/s/ James LaConti*_ _____
                                                    **James LaConti, President**                                    Debtor

Date: _____   Signature: _____
                                                                                              Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Advantage Leasing Corporation
13400 Bishops Ln Ste 280
Brookfield, WI  53005-6237


Ahern Rentals
333 Cedar Ave
Middlesex, NJ  08846-2400


APS Supply Co.
711 Cooper St
Beverly, NJ  08010-1701


Bank Of America, N.A.
PO Box 45144
FL9-100-04-24 Building 100 4th Fl
Jacksonville, FL  32232-9923


Bart J. Klein, Esq.
Atty For Kenseal Construction Products
2066 Millburn Ave Ste 101
Maplewood, NJ  07040-3722


Brian Tremer Esq-Kroll Heineman & Carton
Attys For NJ Building Laborers Statewide
99 Wood Ave S
Iselin, NJ  08830-2734


Bricklayers & Allied Craftworkers Local
1 Of PA/DE Union
2706 Black Lake Pl
Philadelphia, PA  19154-1008


Charles H. Landesman, Esq.
Atty For Quikrete Companies
360 Kearny Ave
Kearny, NJ  07032-2602
```

```
Cheney Flashing Company LLC
623 Prospect St
Trenton, NJ  08618


Continental Cast Stone East
400 Cooper Rd
West Berlin, NJ  08091-3843


County Concrete Corp
50 Railroad Ave
PO Box F
Kenvil, NJ  07847-1005


Custom Bandag, Inc.
625 Prospect Ave
Keyport, NJ  07735-5018


David Rubay
1 Stephen St
South Amboy, NJ  08879-1920


Denise Lowther, Revenue Agent
Internal Revenue Service
4 Paragon Way
Freehold, NJ  07728-7804


Diener Brick Company
1 W Park Blvd
Collingswood, NJ  08108-3341


Eastern Highreach Company Inc.
Corporate Headquarters
331 Maple Ave
Horsham, PA  19044-2148
```

```
Eden Stone Company, Inc.
W4520 Lime Rd
Eden, WI   53019-1108


Epic Management, Inc.
136 11th St
Piscataway, NJ   08854-1572


Extech Building Materials Corp
61-89 Avenue K
Newark, NJ   07105


Extech Building Materials Corp
385 Asbury Rd
Farmingdale, NJ   07727-3604


Ferrellgas, L.P.
22 Liberty
Liberty, MO   64068


Foley Carrier Services LLC
140 Huyshope Ave
Hartford, CT   06106-2857


Fox Ladder & Scaffolding Inc.
315 Railroad Ave
East Rutherford, NJ   07073-1716


Fraco USA Inc.
4312 Old Milford Mill Rd
Pikesville, MD   21208-6052


Heitner & Breitstein
Attys For Eastern Highreach #J09-6798
PO Box 270
Wickatunk, NJ   07765-0270
```

```
Henry Langsham, Esq.-Langsham Stevens
Attys For Nitterhouse Concrete Products
1818 Market St Ste 3400
Philadelphia, PA  19103-3656


Hilti, Inc.
5400 S 122nd East Ave
Tulsa, OK  74146-6007


Industrial Welding Supply Inc.
4 Val St
Sayreville, NJ  08872-1437


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346


Internal Revenue Service
Special Procedures
PO Box 744
Springfield, NJ  07081


Irving A. Weber
191 Route 206
PO Box 245
Flanders, NJ  07836-0245


JM Ahle Company, Inc.
Attn: John Ahle
2 Herman St
South River, NJ  08882-1317


Joanne Marie, LLC
253 Mantoloking Rd
Brick, NJ  08723-5866
```

Jonathan Lerner Esq-Starr Gern et al
Attys For Extech Building Materials
105 Eisenhower Pkwy Ste 401
Roseland, NJ  07068-1640


K&R Sitework Inc.
23 Yellow Brook Rd
Freehold, NJ  07728-8429


Kathleen Cavanaugh Esq-Shain Schaffer
Attys For Ahern Rentals
150 Morristown Rd Ste 105
Bernardsville, NJ  07924-2626


Kaufman Dolowich Voluck & Gonzo LLP
21 Main St Ste 251
Hackensack, NJ  07601-7086


Kenseal Construction Products
799 Edwards Rd
Parsippany, NJ  07054-4201


Kenseal Construction Products
Headquarters
180 W Ostend St Ste 291
Baltimore, MD  21230-3755


Margaret Sherry Lurio, Esq
Atty For JM Ahle Co
2005 Market St Ste 3120
Philadelphia, PA  19103-7001


Metropolitan Engineering Assoc Inc
666 Old York Rd
East Windsor, NJ  08520-2916

Mobile Mini Inc.
4646 E Van Buren St Ste 400
Phoenix, AZ   85008-6927


Modern Group, LTD
2501 Durham Rd
Bristol, PA   19007-6903


New Jersey BAC Benefit Funds (Masons)
14 Plog Rd Ste 2
Fairfield, NJ   07004-3302


Nick's Towing Service Inc.
158 E Passaic Ave
Rutherford, NJ   07070-2043


Nitterhouse Concrete Products, Inc.
2655 Molly Pitcher Hwy
Chambersburg, PA   17202-7220


NJ Building Laborers Statewide Benefit
Funds & Trustees
3218 Kennedy Blvd
Jersey City, NJ   07306-3416


NJ Dept Of Labor & Workforce Development
Division Of Employer Accounts
PO Box 389 - 9th Floor
Trenton, NJ   08625


NJ Division Of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ   08695-0245

Phillipsburg Marble Co Inc.
1 Marble Hill Rd
Phillipsburg, NJ  08865-9331


Pirtek
2031 Route 130 Ste C
Monmouth Junction, NJ  08852


Pro Equipment-Zappone
1 Westcoat Rd
Egg Harbor Township, NJ  08234-5615


Quality Concrete Cutting
PO Box 1444
Eatontown, NJ  07724-5444


Quikrete Companies
Corporate Headquarters
3490 Piedmont Rd NE Ste 1300
Atlanta, GA  30305-4811


Quikrete Companies
150 Gold Mine Rd
Flanders, NJ  07836-9171


R&L Construction Services & Estimating
1701 W Hillsboro Blvd Ste 208
Deerfield Beach, FL  33442-1566


R. Goodwin
PO Box 72
Sayreville, NJ  08871-0072


Royals Insulation/Commercial Services
212 Najoles Rd
Millersville, MD  21108-2650

Signature Safety, LLC
c/o Albert J. Rescinio, Esq.
1500 Allaire Ave
Ocean, NJ  07712-7603


Sunbelt Rentals, Inc.
Swedesboro PC164
223 Paulsboro Rd
Swedesboro, NJ  08085-3602


Taylor Oil
77 Second St
PO Box 974
Somerville, NJ  08876-0974


The Commercial Agency
141 Kinderkamack Rd
Park Ridge, NJ  07656-1344


Thomas DeNoia, Esq.
DeNoia & Tambasco LLC
501 Main St
Toms River, NJ  08753-7419


Van Hydraulics Inc.
643 Sayre Ave
Perth Amboy, NJ  08861-3612


William Cosgrove
NJ Div Of Tax-Neptune Invest C
1828 W Lake Ave 3rd FL
Neptune, NJ  07753-4663


William F. Gariano
3509 Lewis Rd
Newtown Square, PA  19073-2401

```
York Building Products
950 Smile Way
York, PA  17404-1725
```